HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
COLLEEN R. SMITH, State Bar No. 209719
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222

Attorneys for Defendants, RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RONALD TIPPS, | CASE NO. CIV-F-04-5667 OWW SMS |
| Plaintiff, | The Hon. Oliver W. Wanger |
| v. | Action Filed: May 5, 2004 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, JUSTIN INDUSTRIES, INC., and DOES 1 through 10, inclusive, | **STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Plaintiff RONALD TIPPS and defendants RELIANCE STANDARD LIFE INSURANCE COMPANY and JUSTIN INDUSTRIES, INC. now known as J.S. JUSTIN, INC., by and through their respective attorneys of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: _____   HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN P. McNAMARA
Attorneys for Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY

DATED: _____   LONG & LEVIT LLP

By: _____
ANN L. STRAYER
Attorneys for Defendant, JUSTIN INDUSTRIES, INC.

DATED: _____   KIMBLE, MacMICHAEL & UPTON

By: _____
ROGER K. STEWART
Attorneys for Plaintiff, RONALD TIPPS

# **ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

|  |  |
|---|---|
| 6/14/05 | /s/ OLIVER W. WANGER |
| DATED: _____ | _____ |
|  | United States District Court Judge |